IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MONICA KNIGHT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 3:25-cv-635-RAH-KFP ) |
| JIM CLANTON, | ) ) |
| Defendant. | ) ) |

## ORDER

On October 16, 2025, the Magistrate Judged filed a Recommendation (doc. 6) which recommended that the Complaint (doc. 1) be dismissed before service of process under 28 U.S.C. § 1915(e)(2)(B) and 1915A(b)(1). No objections have been filed.

Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Recommendation (doc. 6) is **ADOPTED**; and
2. This action is **DISMISSED** before service of process.

**DONE** and **ORDERED** on this the 10th day of November 2025.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE